KIM RAGLAND, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 6, 2006; decided May 2, 2006

Motion for reargument of motion for leave to appeal denied [*see* 6 NY3d 706]. Motion for poor person relief dismissed as academic.

In the Matter of SHONDEL J., Respondent, v MARK D., Appellant.

Submitted April 27, 2006; decided May 2, 2006

Motion to vacate this Court's April 19, 2006 preclusion order granted.